STEPHEN M. FLYNN (SBN 245823)
Law Offices of Stephen M. Flynn
2151 Main Street
Napa, CA 94559
Phone: (415) 655-6631
Fax:    (415) 655-6601
smflynn@smflynn-law.com
www.smflynn-law.com

Attorney for Plaintiff HALCYON SYNDICATE LTD., LLC

**GRANTED**
*Judge Yvonne Gonzalez Rogers*
7/5/2017

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALCYON SYNDICATE LTD, LLC, a California limited liability company doing business as "Maritime Wine Trading Collective",<br><br>Plaintiff,<br><br>v.<br><br>APPELLATION WINE MARKETING, LTD, a Canadian corporation, et al.<br><br>Defendant. | Case No: 16-CV-05844-YGR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER**<br><br>Honorable Yvonne Gonzalez Rodgers |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure Section 40(a)(1)(A)(ii), Plaintiff Halcyon Syndicate Ltd. LLC ("Plaintiff") and Defendant Appellation Wine Marketing, Ltd. ("Defendant") hereby stipulate as follows:

　　1.　　On September 7, 2016 Plaintiff filed the above-captioned lawsuit (this "Action") in the Superior Court of California in and for the County of San Francisco.

　　2.　　On October 11, 2016, Defendant filed a Notice of Removal of the Action to the United States District Court, Northern District of California.

　　3.　　On October 17, 2016, Defendant filed an answer to the Complaint.

4. In June 2017, Plaintiff and Defendant reached a settlement of all claims in this action. On June 12, 2017, a Notice of Conditional Settlement was filed with this Court.

Based on the foregoing facts, Plaintiff and Defendant stipulate and agree as follows:

1. This Court should dismiss this Action in its entirety against Defendant with prejudice.

2. All upcoming hearings and deadlines should be vacated and the Action should be terminated.

DATED: June 27, 2017      /s/ Stephen M. Flynn_____
                          Stephen M. Flynn
                          Attorney for Plaintiff HALCYON SYNDICATE
                          LTD., LLC d/b/a MARITIME WINE TRADING
                          COLLECTIVE

DATED: June 27, 2017      /s/ Dawn M. Ross_____
                          Dawn M. Ross
                          Attorney for Defendant APPELLATION WINE
                          MARKETING, LTD.

**[PROPOSED] ORDER**

Pursuant to the Stipulation of the Parties, IT IS SO ORDERED. The Clerk is directed to close this case.

DATED: __July 5__, 2017

_____
Hon. Yvonne Gonzalez Rogers